UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ELAINE CHAO, Secretary of the )
United States Department of Labor, )
)
Petitioner, )
) Civil Action File No.
v. )
)
SEAN WARFORD, in his capacity ) 03 12646 REK
as PLAN ADMINISTRATOR of the )
S.W.C. ENTERPRISES SAR-SEP )
PLAN, )
)
Respondent. )

### DECLARATION OF GAIL E. GLICK

1. My name is Gail E. Glick and I am an attorney in the Regional Solicitor's Office of the United States Department of Labor in Boston, Massachusetts. I have been employed in that capacity since June, 1991.

2. In the course of my duties, I was assigned to assist the Employee Benefits Security Administration (hereinafter, "EBSA"), formerly known as the Pension and Welfare Benefits Administration, in enforcing an administrative subpoena relating to an investigation of the S.W.C. Enterprises SAR-SEP Plan initiated by the EBSA. The investigation was instituted pursuant to §504(a)(1) of the Employee Retirement Income Security Act of 1974 (hereinafter, "ERISA"), 29 U.S.C. §1134(a)(1), to determine whether any person had violated or was about to violate any provision of Title I of ERISA or any regulation or order promulgated thereunder.

3. No response was made to the EBSA subpoena regarding the S.W.C. Enterprises

SAR-SEP Plan which was sent to Sean Warford, the Plan Administrator, by certified mail on January 3, 2003 to his address, which, at the time, was 375 Tyler Street, Dracut, Massachusetts. Mr. Warford signed the postal receipt on January 7, 2003. The postal receipt is erroneously dated 2002; however, the United States Postal Service track and confirmation notice verifies that Mr. Warford in fact signed the return receipt on January 7, 2003, a copy of which is attached hereto as Exhibit A..

4. In light of Mr. Warford's failure to respond by the response date of February 7, 2003, I phoned Mr. Warford on February 25 and 26, 2003 and left messages on his answering machine to return my calls.

5. After obtaining information that Mr. Warford had moved his residence to 59 Briarwood Road, Haverhill, Massachusetts, on April 17, 2003 I sent a letter by certified mail to him at that address advising him of the documents long due to be produced to EBSA, a copy of which is attached hereto as Exhibit B.

6. Having received no reponse, on May 15, 2003, I sent by certified mail a final demand letter and a notice of intent to enforce the subpoena, a copy of which is attached hereto as Exhibit C. To date, I have received no response from Mr. Warford, and Mr. Warford has failed to produce any documents required by the subpoena to EBSA.

6. I certify that the documents that I have attached to this Declaration are true copies of the documents sent by my office.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December _10_, 2003.

                                                     Gail E. Glick

                                                   Post Office Address:
                                                   U.S. Department of Labor

2

3

Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL: (617) 565-2500
FAX: (617) 565-2142