UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELAINE CHAO, Secretary of the United States Department of Labor, | ) ) ) | |
| Petitioner, | ) ) ) | Civil Action File No. |
| v. | ) ) | |
| SEAN WARFORD, in his capacity as PLAN ADMINISTRATOR of the S.W.C. ENTERPRISES SAR-SEP PLAN, | ) ) ) ) ) ) | 03  12646 REK |
| Respondent. | ) ) | |

## DECLARATION OF AMY FISHMAN

1. My name is Amy Fishman and I am an investigator in the Boston Regional Office of the Employee Benefits Security Administration of the U.S. Department of Labor ("EBSA").

2. In the course of my duties, I was assigned to conduct an investigation of the S.W.C. Enterprises, Inc. SAR-SEP Plan (the "Plan"). The investigation was instituted pursuant to section 504(a)(1) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1134(a)(1), to determine whether any person had violated or was about to violate any provision of Title 1 of ERISA or any other regulation or order promulgated thereunder.

3. In connection with my investigation of the Plan, the Regional Director of EBSA sent a letter to the Plan Administrator, Sean Warford, on January 31, 2002. The

Letter requested the production of documents within ten days of receipt. A copy of the letter is attached to this declaration as Exhibit A.

4. Mr. Warford did not respond to the letter's request for the production of documents.

5. On March 6, 2002, I was able to reach Mr. Warford by telephone. Mr. Warford stated that he had received the opening letter but never read it. He said he would look for the letter and respond. I sent another copy of the opening letter to Mr. Warford via fax. I have attached the fax transmission and confirmation to this Declaration as Exhibit B.

6. Mr. Warford did not respond to the request for the production of documents.

7. On April 1, 2002, an Administrative Subpoena was issued requesting documents listed in the attachment to the opening letter. The production date was set for April 30, 2002. I have attached the Subpoena to this declaration as Exhibit C.

8. The Subpoena was returned unclaimed on April 24, 2002.

9. On April 30, 2002, I called Mr. Warford to confirm his address so I could reissue the Subpoena. I also spoke with him about the document request, and he promised to submit what documentation he could to the Department by the end of the week. As a result, the Subpoena was not reissued.

10. Mr. Warford did not send the documents.

11. On May 6, 2002, I received a phone call from Mr. Warford. He indicated that he had gathered the requested documents and would put them in the mail that day.

12. On May 7, 2002 I received some documents, but not the complete certified payroll records or prevailing wage information as requested. This information is essential to my investigation.

13. On September 23, 2002, I called Mr. Warford to request the certified payroll records and information relating to prevailing wage contracts. I left a message on his answering machine. Mr. Warford did not respond to my message.

14. On October 7, 2002, I followed up on the September 23, 2002 phone call. I left another message explaining to Mr. Warford that if he did not return my phone call by the next day, I would be forced to issue a subpoena for the records.

15. On October 7, 2002, Mr. Warford contacted me by phone. He indicated that he would submit all documents in his possession relating to payroll and prevailing wage contracts by November 1, 2002. I sent a letter to Mr. Warford to confirm this agreement, and have attached a copy of the letter to this Declaration as Exhibit D. However, Mr. Warford did not send the requested documents.

16. On January 3, 2003 I caused an Administrative Subpoena to be served by certified mail to Mr. Warford at his address which, at that time, was in Dracut, Massachusetts. The Administrative Subpoena required his response by February 7, 2003. Mr. Warford received and signed the mail receipt for the Subpoena on January 7, 2003. A copy of the Administrative Subpoena, including the return receipt, is attached to this Declaration as Exhibit E. (The cover letter sent with the Subpoena is erroneously dated December 3, 2003).

17. To date, Mr. Warford has failed and refused to produce the documents as required by the Administrative Subpoena.

Case 1:03-cv-12646-REK   Document 4   Filed 12/29/2003   Page 4 of 4

20. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December _8_, 2003.

*/s/ Amy Fishman*
AMY FISHMAN