UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ELAINE CHAO, Secretary of the )
United States Department of Labor, )
)
)
Petitioner, )
)
)  Civil Action File No.
v. )
)
)  **03 12646 REK**
SEAN WARFORD, in his capacity )
as PLAN ADMINISTRATOR of the )
S.W.C. ENTERPRISES SAR-SEP )
PLAN, )
)
)
Respondent. )

## ORDER TO SHOW CAUSE

Upon consideration of the petition to compel Respondent to produce documentary evidence and the declaration and exhibits attached, it is

ORDERED, that the Respondent appear before this court at _12:00 p.m._, on _May 6_, 2004, to show cause, if any there be, why the prayer of the petition should not be granted; and it is further

ORDERED, that the Respondent file his answer to the petition twenty (20) days prior to the hearing; and it is further

ORDERED, that petitioner file her response five (5) days prior to the hearing; and it is further,

ORDERED, that a copy of this order, together with a copy of the petition, be served forthwith upon the Respondent.

Done and ordered on _April 6_, 2004

Senior _Robert E Keeton_
UNITED STATES DISTRICT JUDGE