# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**CIVIL ACTION
NO. 03-12646REK**

## ORDER TO SHOW CAUSE

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts, or either of his Deputies or to _____, Special Process Server:

GREETINGS:

WE COMMAND YOU TO SUMMON **SEAN WARFORD** if he or she may be found in your District to appear before the United States District Court at Boston on the 8th day of June, 2004 at 12:00 P.M. in Courtroom No. 3, on the 3rd Floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts then and there to show cause why the Petition to Enforce Administrative Subpoena, should not issue as prayed for in the Petition, filed in this court on 12/29/2003, a copy (copies) of which are attached hereto, served herewith and incorporated herein. ORDERED, that the Respondent file his answer to the petition twenty (20) days prior to the hearing; and it is further ORDERED, that petitioner file her response five (f) days prior to the hearing.

HEREOF FAIL NOT and make due return of this WRIT with your doings thereon into our said Court.

Dated this 1st day of June 2004.

SEAL

TONY ANASTAS
CLERK OF COURT

By: /s/ Craig J. Nicewicz
_____
Deputy Clerk